IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
          v.                      :
                                  :
ZHENYU WANG                       :          NO. 20-254-2-4
DANIEL RAY LANE                   :

ORDER

AND NOW, this  17th   day of April, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant Zhenyu Wang for judgment of acquittal, new trial and arrest of judgment under Rules 29(c), 33 and 34 of the Federal Rules of Criminal Procedure (Doc. # 477) is DENIED; and

(2)  The motion and supplemental motion of defendant Daniel Ray Lane for judgment of acquittal and new trial under Rules 29(c) and 33 (Docs. # 476, 533)[1] are DENIED.

BY THE COURT:


/s/  Harvey Bartle III
                                                    J.

_____

1.  On November 30, 2023, the court permitted defendants to file supplemental motions along with supporting briefs to their motions for acquittal or new trial (Doc. # 479).